IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

GREGORY ROBINSON, )
)
        Plaintiff, )
)
v. )
)
DEMAREUS WARD, *et al.*, )
)
        Defendants. ) Civil Action No. 3:21-CV-0607-C-BK

## ORDER

Before the Court are the Findings, Conclusions, and Recommendation of the United States Magistrate Judge therein advising the Court that this civil action should be dismissed in part and stayed in part pending resolution of the underlying state court criminal proceedings.[1]

The Court conducts a *de novo* review of those portions of the Magistrate Judge's report or specified proposed findings or recommendations to which a timely objection is made. 28 U.S.C. § 636(b)(1)(C). Portions of the report or proposed findings or recommendations that are not the subject of a timely objection will be accepted by the Court unless they are clearly erroneous or contrary to law. *See United States v. Wilson*, 864 F.2d 1219, 1221 (5th Cir. 1989).

After due consideration and having conducted a *de novo* review, the Court finds that Plaintiff's objections should be **OVERRULED**. The Court has further conducted an independent review of the Magistrate Judge's findings and conclusions and finds no error. It is therefore **ORDERED** that the Findings, Conclusions, and Recommendation are hereby

---

[1] Plaintiff filed a Motion to Reopen on June 1, 2021, which the Court construes as objections to the Magistrate Judge's Findings, Conclusions, and Recommendation.

**ADOPTED** as the findings and conclusions of the Court. For the reasons stated therein, the Court **ORDERS** that Plaintiff's claim seeking the dismissal of his underlying state court criminal charge be **DISMISSED** without prejudice as barred by the *Younger* abstention doctrine. Plaintiff's remaining claims for damages are **STAYED** and this civil action is hereby **ADMINISTRATIVELY CLOSED**—pending final resolution of the state criminal charges currently pending against Plaintiff in Dallas County, Texas. Plaintiff is **ORDERED** to file a motion to reopen this proceeding within 60 days after the entry of final judgment in the underlying criminal proceedings. Failure to do so will result in the dismissal of this civil action under Federal Rule of Civil Procedure 41.

SO ORDERED this 7th day of June, 2021.

SAM R. CUMMINGS
SENIOR UNITED STATES DISTRICT JUDGE